# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| STONE ROSE MEDIA CORP., <br><br> Plaintiff, <br><br> v. <br><br> BARBIZON OF RED BANK, LLC and JERSEY SHORE BEAUTY ACADEMY, LLC D/B/A PAUL MITCHELL THE SCHOOL JERSEY SHORE, <br><br> Defendants. | Civil Action No. 3:17-cv-03860-PGS-DEA <br><br> **CONSENT ORDER TO VACATE DEFAULT, WITHDRAW MOTION FOR ENTRY OF DEFAULT JUDGMENT, AND EXTENDING TIME TO ANSWER** |
| BARBIZON OF RED BANK LLC, <br><br> Crossclaim-Plaintiff, <br><br> v. <br><br> JERSEY SHORE BEAUTY ACADEMY, LLC D/B/A PAUL MITCHELL THE SCHOOL JERSEY SHORE, <br><br> Crossclaim-Defendant. | |

This matter having been opened to the Court by McCarter & English, LLP, attorneys for Defendant/Crossclaim-Defendant Jersey Shore Academy, LLC d/b/a Paul Mitchell The School - Jersey Shore, incorrectly named Jersey Shore Beauty Academy, LLC d/b/a/ Paul Mitchell The School Jersey Shore ("Paul Mitchell School"), on application to vacate the default entered against the Paul Mitchell School and to permit the Paul Mitchell School to file an Answer to the Complaint, and with the consent of Plaintiff, through his attorneys, the Kushnirsky Gerber PLLC

ME1 29216932v.1

and Matsikoudis & Fanciullo LLC to the form and entry of this Order, and good cause otherwise appearing;

IT IS on this 14 day of February, 2019,

**ORDERED** that the default entered against the Paul Mitchell School (ECF No. 48) is hereby vacated.

**FURTHER ORDERED** that Plaintiff's Motion for Default Judgment (ECF No. 49) is withdrawn.

**FURTHER ORDERED** that the Paul Mitchell School's time to file an Answer to the Complaint is extended to and including the date that is fourteen (14) days after the date of entry of this Order.

_____
Peter G. Sheridan, U.S.D.J.

| | |
|---|---|
| **MATSIKOUDIS & FANCIULLO LLC** | **McCARTER & ENGLISH, LLP** |
| /s/ Derek S. Fanciullo<br>Derek S. Fanciullo<br>270 Marin Boulevard<br>Jersey City, New Jersey 07302<br><br>*Local Counsel for Plaintiff, Stone Rose Media Corp.*<br><br>**KG LAW /// KUSHNIRSKY GERBER PLLC**<br>Andrew Gerber<br>27 Union Square West, Suite 301<br>New York, NY 10003<br><br>*Counsel for Plaintiff* | /s/ Jonathan Short<br>Jonathan Short<br>Four Gateway Center<br>100 Mulberry Street<br>Newark, New Jersey 07102<br><br>*Counsel for Defendant/Cross-Claim Defendant Jersey Shore Academy, LLC d/b/a Paul Mitchell The School - Jersey Shore, incorrectly named Jersey Shore Beauty Academy, LLC d/b/a/ Paul Mitchell The School Jersey Shore* |